```
                           FILED
                   CLERK, U.S. DISTRICT COURT

                        DEC 2 9 2015

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>EDWARD THOMAS CORRIGAN, JR.,<br><br>        Defendant. | Case No.: CR 12-00951-PSG<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)   information in the Pretrial Services Report and Recommendation

    (X)   information in the violation petition and report(s)

    ( )   the defendant's nonobjection to detention at this time

    (X)   other: <u>history of substance abuse, prior violations of</u>

1

|   |        |                                                                                                                                     |
|---|--------|---|
| 1 |        | probation/parole/supervised release, instant allegations, insufficient |
| 2 |        | bail resources. |
| 3 |        | and/ or |
| 4 | B. (X) | The defendant has not met his/her burden of establishing by clear and |
| 5 |        | convincing evidence that he/she is not likely to pose a danger to the |
| 6 |        | safety of any other person or the community if released under 18 U.S.C. |
| 7 |        | § 3142(b) or (c).  This finding is based on the following: |
| 8 |        | (X)  information in the Pretrial Services Report and Recommendation |
| 9 |        | (X)  information in the violation petition and report(s) |
| 10 |       | ( )  the defendant's nonobjection to detention at this time |
| 11 |       | (X)  other: history of substance abuse, prior violations of |
| 12 |       | probation/parole/supervised release, criminal history, instant |
| 13 |       | allegations. |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: December 29, 2015

_____
KENLY KIYA KATO
United States Magistrate Judge